IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
7:20-cv-68-BM

| | |
|---|---|
| THE CINCINNATI INSURANCE COMPANY, a/s/o La Cima Restaurants, LLC & TP-Jacksonville, LLC, | ) ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| TRANE INC.; TRANE U.S. INC.; EMERSON ELECTRIC CO.; and WHITE-RODGERS, a DIVISION OF EMERSON ELECTRIC CO., | ) ) ) ) ) |
| Defendants. | ) |

STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii), (c) of the Federal Rules of Civil Procedure, Defendants/Crossclaim Plaintiffs Trane Inc. and Trane U.S. Inc. (collectively, "Trane"), and Defendants/Crossclaim Defendants Emerson Electric Co. and White-Rodgers (collectively, "Emerson"), hereby stipulate to the dismissal of all of Trane's crossclaims in the above-captioned case with prejudice, with Trane and Emerson each to bear its own costs and fees.

This the 21st day of June, 2023.

ELLIS & WINTERS LLP

| | |
|---|---|
| /s/ Kelly Margolis Dagger<br>Jon Berkelhammer<br>N.C. State Bar No. 10246<br>Scottie Forbes Lee<br>N.C. State Bar No. 50833<br>300 North Greene Street, Suite 800<br>Post Office Box 2752 (27402)<br>Greensboro, North Carolina 27401<br>Telephone: (336) 389-5683<br>Facsimile: (336) 217-4198<br>jon.berkelhammer@elliswinters.com<br>scottie.lee@elliswinters.com<br><br>Kelly Margolis Dagger<br>N.C. State Bar No. 44329<br>P.O. Box 33550<br>Raleigh, North Carolina 27636<br>Telephone: (919) 865-7000<br>Facsimile: (919) 865-7010<br>kelly.dagger@elliswinters.com<br><br>*Attorneys for Trane Inc. and Trane U.S. Inc.* | /s/ Diane K. Pappayliou<br>Diane K. Pappayliou (N.C. Bar 50921)<br>BUTLER SNOW LLP<br>6752 Rock Spring Road, Suite 310<br>Wilmington, NC 28405<br>(919) 550-1320<br>diane.pappayliou@butlersnow.com<br><br>James Breitenbucher (special appearance)<br>FOX ROTHSCHILD LLP<br>1001 Fourth Avenue, Suite 4400<br>Seattle, WA 98154<br>(206) 389-1775<br>jbreitenbucher@foxrothschild.com<br><br>Ian T. Ramsey (special appearance)<br>STITES & HARBISON<br>400 West Market Street, Suite 1800<br>Louisville, KY 40202<br>(502) 587-3400<br>iramsey@sites.com<br><br>*Attorneys for Emerson Electric Co. and its White-Rodgers Division* |